**Order entered July 13, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00280-CR

**LEWIS TERRELLE SLEDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 19-CR-3793**

## ORDER

Before the Court is appellant's July 9, 2021 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **August 9, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE